UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL MOSHIR,<br><br>                       Plaintiff,<br><br>    -against-<br><br>ANY AND ALL PARTY(S) INCLUDING, ET AL,<br><br>                      Defendants. | 23-CV-7778 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 13, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  October 13, 2023
           New York, New York

                                              /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                      Chief United States District Judge